# EXHIBIT LIST

AO187 (REV. 4/82)

| | | | | | |
|---|---|---|---|---|---|
| **United States of America vs. JONATHAN GIANNONE** | | | | | **DISTRICT COURT**<br>DISTRICT OF SOUTH CAROLINA |
| **PLAINTIFF'S ATTORNEY**<br>Dean Eichelberger, AUSA | | | **DEFENDANT'S ATTORNEY**<br>Thomas Liotti, Esq. | | **DOCKET NUMBER**<br>06-1011-CMC |
| | | | | | **TRIAL DATE(S)**<br>8/22/2007 - Sentencing |
| **PRESIDING JUDGE**<br>Hon. Cameron McGowan Currie | | | **COURT REPORTER**<br>Dan Mayo | | **COURTROOM DEPUTY**<br>Becky Willis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/22/2007 | | | COURT EXHIBIT 1 - Documents Sealed at direction of Court |
| | | | | | |

AO187 (REV. 4/82)